# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Strategic Business Solutions, Inc.    v.    United States

No. 17-1418

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Strategic Business Solutions, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Christopher E. Brown, Esq. |
| Law Firm: | The Brown Firm, PLLC. |
| Address: | 526 King Street, Suite 207 |
| City, State and Zip: | Alexandria, VA 22314 |
| Telephone: | 703-924-0223 |
| Fax #: | 703-997-2362 |
| E-mail address: | cbrown@brownfirmpllc.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/21/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 01/13/2017    Signature of pro se or counsel /s/ Christopher E. Brown

cc: _____

Reset Fields